PADGETT LUMBER COMPANY, a corporation, FIRST NATIONAL BANK OF PANAMA CITY, a corporation, and TUCKER BAKER, *Appellants,* vs. R. R. HODGES, trading and doing business under the name and style of HODGES LUMBER COMPANY, *Appellee.*

Division A.

Decision filed May 28, 1931.

*Farmer, Merrill & Farmer* and *Thomas Sale,* for Appellants;

*James H. Finch* and *John H. Carter, Sr.,* for Appellee.

PER CURIAM.—The appeal here is from an order overruling demurrer to an amended bill of complaint. The order appealed from should be affirmed on authority of opinions and judgments in the cases of Douglass et al. vs. State Bank of Orlando, 77 Fla. 830, 82 Sou. 593; East Coast Lumber & Supply Co., vs. Maxwell, 77 Fla. 62; 80 Sou. 741; Cotton States Belting & Supply Co., vs. Fla. Rwy. Co., 69 Fla. 52, 67 Sou. 568; Grand Lodge K of P. vs. State Bank, 79 Fla. 471, 84 Sou. 528 and cases there cited. It is so ordered.

Affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur in the opinion and judgment.